WWR# 040351677

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MALINDA LAVENTURE,<br>　　　　　　Debtor,<br>ANTHONY FIVEK,<br>　　　　　　Co-Debtor,<br><br>KEYBANK, N.A., S/B/M TO FIRST NIAGARA<br>BANK, N.A.,<br>　　　　　　Movant. | CASE NO. 18-17069-elf<br>CHAPTER 13<br><br><br>Related to Document No. 25<br>Hearing Date: 7/23/2019<br>Hearing Time: 11:00 am |

**STIPULATION RESOLVING MOTION FOR RELIEF**
**FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

　　　Now this _____ day of _____, 2019. Upon the Motion of KeyBank, N.A., S/B/M To First Niagara Bank, N.A. for Relief from Automatic Stay and Co-Debtor Stay. Upon statements of counsel, the evidence and law:

　　　This Court FINDS that KeyBank, N.A., S/B/M To First Niagara Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor and Co-Debtor, secured by the real property located at 6349 Chapmans Road, Allentown, PA 18106 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant be and is hereby granted relief from the Automatic Stay and relief from the Co-Debtor Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein and to pursue the non-filing co-debtor, Anthony Fivek.

　　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 07/01/2019 payment which must be paid in full in the amount of $892.48 to KeyBank, N.A., S/B/M To First Niagara Bank, N.A. at 4910 Tiedman Road, Brooklyn, OH 44144, on or before 07/01/2019. The Debtor must also make a payment in the amount of $549.78 to Movant for a period of twelve (12) months to cure Movant's arrears totaling $5,866.35 ($5,366.35 arrears payments plus $500.00 attorney fees/cost) beginning on 07/15/2019 through and including 06/15/2020. Regular payments are due to Movant on or before the 1st day of each month.

　　　Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay and co-debtor stay. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to KeyBank, N.A., S/B/M To First Niagara Bank, N.A.

　　　　　　　　　　　　　　　　　　　　_____　Date: 7/15/19
　　　　　　　　　　　　　　　　　　　　Honorable Eric L. Frank
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Brian Langford<br>Attorney for Movant<br>Brian Langford<br>Weltman, Weinberg & Reis Co., L.P.A.<br>436 Seventh Avenue, Suite 2500<br>Pittsburgh, PA 15219 | For Trustee Scott Waterman<br>2901 St. Lawrence Ave<br>Suite 100<br>Reading, PA 19606-2265 | Attorney for Debtor<br>Charles Laputka<br>Laputka Law Office<br>1344 W. Hamilton Street<br>Allentown, PA 18102 |