### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Malinda Laventure                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-17069 PMM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of KeyBank N.A. as s/b/m to First Niagara Bank N.A., and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Rebecca Solarz
                                        Rebecca Solarz
                                        06 Apr 2022, 12:25:09, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322