| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-17069-PMM

MALINDA  LAVENTURE
6349 CHAPMANS ROAD
ALLENTOWN  PA    18106

Petition Filed Date: 10/25/2018
341 Hearing Date: 12/11/2018
Confirmation Date: 05/09/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2021 | $500.00 | | 07/22/2021 | $1,300.00 | | 08/23/2021 | $520.00 | |
| 11/01/2021 | $500.00 | | 01/10/2022 | $600.00 | | 02/07/2022 | $800.00 | |
| 02/24/2022 | $450.00 | | 03/21/2022 | $450.00 | | 05/02/2022 | $400.00 | |
| 05/16/2022 | $420.00 | | 05/17/2022 | $450.00 | | 06/01/2022 | $424.00 | |

**Total Receipts for the Period: $6,814.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,334.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | BRANCH BANKING & TRUST CO<br>»» 002 | Unsecured Creditors | $232.50 | $0.00 | $232.50 |
| 6 | FEDERAL LOAN SERVICING<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 005 | Unsecured Creditors | $2,199.21 | $0.00 | $2,199.21 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $394.85 | $0.00 | $394.85 |
| 4 | KEYBANK N.A.<br>»» 004 | Mortgage Arrears | $15,575.85 | $12,663.60 | $2,912.25 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $900.58 | $0.00 | $900.58 |
| 7 | CHARLES LAPUTKA ESQ<br>»» 007 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |

**Chapter 13 Case No. 18-17069-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,334.00 | Current Monthly Payment: | $452.00 |
| Paid to Claims: | $14,973.60 | Arrearages: | $930.00 |
| Paid to Trustee: | $1,360.40 | Total Plan Base: | $24,044.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.