# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Malinda Laventure <br> _Debtor(s)_ | CHAPTER 13 |
| KeyBank N.A. as s/b/m to First Niagara Bank N.A. <br> _Movant_ <br> vs. | NO. 18-17069 PMM |
| Malinda Laventure <br> _Debtor(s)_ <br> Scott F. Waterman <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  24th  day of  January , ~~2022~~ 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
United States Bankruptcy Judge