Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 18-17069-PMM**

MALINDA  LAVENTURE
6349 CHAPMANS ROAD
ALLENTOWN  PA    18106

Petition Filed Date: 10/25/2018
341 Hearing Date: 12/11/2018
Confirmation Date: 05/09/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 09/07/2022 | $200.00 | | 10/17/2022 | $900.00 | | 11/01/2022 | $500.00 | |
| 11/28/2022 | $686.00 | | 12/07/2022 | $452.00 | | 01/12/2023 | $452.00 | |
| 03/06/2023 | $300.00 | | 03/30/2023 | $452.00 | | 05/11/2023 | $350.00 | |

**Total Receipts for the Period:  $4,292.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $20,626.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | BRANCH BANKING & TRUST CO »» 002 | Unsecured Creditors | $232.50 | $64.44 | $168.06 |
| 6 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 005 | Unsecured Creditors | $2,199.21 | $609.46 | $1,589.75 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC »» 001 | Unsecured Creditors | $394.85 | $109.42 | $285.43 |
| 4 | KEYBANK N.A. »» 004 | Mortgage Arrears | $15,575.85 | $15,575.85 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $900.58 | $249.58 | $651.00 |
| 7 | CHARLES LAPUTKA ESQ »» 007 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |

**Chapter 13 Case No. 18-17069-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,626.00 | Current Monthly Payment: | $452.00 |
| Paid to Claims: | $18,918.75 | Arrearages: | $2,062.00 |
| Paid to Trustee: | $1,707.25 | Total Plan Base: | $24,044.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
  **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.