United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 18-17069-pmm
Malinda Laventure    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Sep 01, 2023    Form ID: pdf900    Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Malinda Laventure, 6349 Chapmans Road, Allentown, PA 18106-9260 |
| 14218972 | + | FEDERAL LOAN SERVICING CREDIT, PO BOX 60610, Harrisburg, PA 17106-0610 |
| 14218973 | + | First Commonwealth FCU, PO Box 20030, Lehigh Valley, PA 18002-0030 |
| 14226533 | + | Hartman Funeral Home, Inc, 1791 West Penn Pike, New Ringgold, PA 17960-8939 |
| 14226532 | | IRS, Department of the Treasury, Andover, MA 01810 |
| 14557296 | + | Keybank, N.A.,, S/B/M to First Niagara Bank, N.A., c/o SCOTT DAVID FINK, Weltman Weinberg and Reis Co.,L.P.A, 965 Keynote Circle Brooklyn Hts., OH 44131-1829 |
| 14218979 | + | Lincoln Technical Institute, 502 W. Germantown Pike Suite 540, Plymouth Meeting, PA 19462-1314 |
| 14226534 | + | Linda L. Kropf, 608 S Bergen St, Bethlehem, PA 18015-4510 |
| 14296649 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14697209 | + | Upper Macungie Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14697208 | + | Upper Macungie Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 02 2023 01:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 02 2023 01:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14244980 | + | Email/Text: bankruptcy@bbandt.com | Sep 02 2023 01:28:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14218970 | + | Email/Text: bnc-capio@quantum3group.com | Sep 02 2023 01:28:00 | Capio Partners, 2222 Texoma Pkwy. Ste 150, Sherman, TX 75090-2481 |
| 14218971 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 02 2023 01:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14218974 | + | Email/Text: rj@ffcc.com | Sep 02 2023 01:28:00 | First Federal Credit Control, 2470 Chagrin Blvd. Ste 205, Beachwood, OH 44122 |
| 14218975 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 02 2023 01:28:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14288860 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2023 01:28:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14218976 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2023 01:28:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14234788 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2023 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14218978 | ^ | MEBN | Sep 01 2023 23:56:11 | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |

Case 18-17069-pmm  Doc 77  Filed 09/03/23  Entered 09/04/23 00:35:16  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14218977 | | Email/Text: key_bankruptcy_ebnc@keybank.com Sep 02 2023 01:28:00 | | Key Bank NA, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 14253963 | ^ | MEBN | Sep 01 2023 23:56:24 | KeyBank N.A. S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14682125 | ^ | MEBN | Sep 01 2023 23:56:12 | KeyBank N.A. as s/b/m to First Niagara Bank N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14218980 | + | Email/Text: bankruptcydpt@mcmcg.com Sep 02 2023 01:28:00 | | MIDLAND FUNDING, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14218981 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2023 00:43:08 | | PORTFOLIO, 120 CORPORATE BLVD., SUITE 100, Norfolk, VA 23502-4952 |
| 14253788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2023 00:41:57 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14218982 | + | Email/Text: Supportservices@receivablesperformance.com Sep 02 2023 01:28:00 | | Receivables Performance Management LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 14218983 | ^ | MEBN | Sep 01 2023 23:56:00 | The Receivable Management Services LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14755549 | + | Email/Text: EBN@edfinancial.com Sep 02 2023 01:28:00 | | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Upper Macungie Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor KeyBank N.A. as s/b/m to First Niagara Bank N.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Malinda Laventure claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: pdf900 | Total Noticed: 31 |

on behalf of Creditor KeyBank N.A. as s/b/m to First Niagara Bank N.A. bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Upper Macungie Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT DAVID FINK
    on behalf of Creditor Keybank N.A., S/B/M to First Niagara Bank, N.A. sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MALINDA  LAVENTURE<br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 18-17069-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 1, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE